IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARK and SUSAN REYNOLDS, on behalf
of themselves and their minor children
Sophie and Lovey Reynolds                                          PLAINTIFFS

v.                      No. 4:21-cv-451-DPM

BLACKBERRY FARM, LLC; TEXTRON
SPECIALIZED VEHICLES d/b/a E-Z Go;
and MIKEY'S MOTORS, LLC                                            DEFENDANTS

THOMAS and GINGER BLACKMON, on behalf
of themselves and their minor children Grace
and Clark Blackmon                                                 PLAINTIFFS

v.                      No. 4:21-cv-459-DPM

BLACKBERRY FARM, LLC; TEXTRON
SPECIALIZED VEHICLES d/b/a E-Z Go;
and MIKEY'S MOTORS, LLC                                            DEFENDANTS

ORDER

**1.** Given where this case needs to be litigated, the three motions to dismiss — *Doc. 15 & 17* in 4:21-cv-451-DPM and *Doc. 10* in 4:21-cv-459-DPM — are denied without prejudice as moot. Blackberry's motions for extension of time to respond to the complaint — *Doc. 23* in 4:21-cv-451-DPM and *Doc. 16* in 4:21-cv-459-DPM — are granted. Answers or Rule 12(b) motions due by 25 August 2021. In exchange, Blackberry must

provide identifications for the two onlookers and several other witnesses that rushed over to help, if it has them. Witness statements can be turned over in due course through normal discovery channels after Blackberry determines what, if any, privileges or protections apply to those materials.

**2.** The pending motions, related filings, and further thoughts from the parties confirm that the interest of justice will be best served by transferring these companion cases to the United States District Court for the Eastern District of Tennessee. The motions to transfer — *Doc. 19* in 4:21-cv-451-DPM and *Doc. 12* in 4:21-cv-459-DPM — are granted. Both cases are transferred to that district. 28 U.S.C. § 1404(a).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 August 2021